**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 24-cv-2592<br><br>**Judge Jeremy C. Daniel**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on June 18, 2024 (Dkt. 65) in favor of Plaintiff and against the Defendants Identified in Schedule A attached thereto. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant No. | Defendant/Store Name or Alias |
|---|---|
| #29 | Shop4039004 Store |
| #38 | Good quality and cheap shop Store |
| #41 | Happines Shop Store |
| #44 | YY Skin Care Store |
| #47 | Meet early Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants are hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date: March 19, 2025

Respectfully submitted,

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC

505 N. LASALLE, SUITE 350
CHICAGO, ILLINOIS 60654
(312) 527-4100
BRANDON@SAPERLAW.COM
DS@SAPERLAW.COM
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and will send an e-mail to the e-mail addresses provided for Defendant by third parties.

*/s/ Brandon Beymer*
Brandon Beymer